AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. |
| AARON WILLIAM FEIN | ) | 1:19-MJ-00144 |
|  | ) | |
|  | ) | |
|  | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 19, 2019__ in the county of __Eaton__ in the __WESTERN__ District of __MICHIGAN__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1001(a)(2) | making a materially false statement in a matter within the jurisdiction of the FBI |

This criminal complaint is based on these facts:

SEE ATTACHED CONTINUATION OF COMPLAINT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

BOBBIE JO RITCHIE - Task Force Officer-FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 3, 2019

_____
*Judge's signature*

City and state: Grand Rapids, Michigan

Ellen S. Carmody, U.S. Magistrate Judge
*Printed name and title*